UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PFA INSURANCE MARKETING LITIGATION<br><br>IN RE: SUBPOENA TO STEVEN EARLY | 4:21-mc-80087-YGR (SK)<br>*(related to Case No.: 18-cv-3771- YGR)*<br><br>ORDER RE: MOTIONS FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE<br><br>Dkt. Nos. 29, 39, 40 |

The Court has reviewed the motions for relief from a nondispositive pretrial order of a magistrate judge at Docket Numbers 39 and 40. Based on the argument and record presented, it appears that the issue concerning burdens connected with the preparation of a privilege log was not clearly presented to the Magistrate Judge. The Court **HEREBY ORDERS** that the issue be presented to the Magistrate Judge for consideration in the first instance such that she can consider: (1) the issue of burden; and (2) and whether a streamlined format can be used to mitigate any burdens to the extent they exist. The Court further **ORDERS** that the issue be presented in compliance with the Magistrate Judge's procedures. As a result, the motions for relief are **DENIED WITHOUT PREJUDICE**.

This Order terminates Docket Numbers 39 and 40.

**IT IS SO ORDERED**.

Dated: October 21, 2021

*[signature]*

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Judge Kim