UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PFA INSURANCE MARKETING LITIGATION,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FINANCIAL ALLIANCE, et al.,<br><br>Defendants. | Case No. 21-mc-80087-YGR   (SK)<br><br>**ORDER REGARDING REQUEST FOR EXTENSION**<br><br>Regarding Docket No. 78 |

Upon consideration of the motion filed by Steven Gregory Early and Plaintiff's opposition, the Court GRANTS Early's motion IN PART and DENIES it IN PART. The Court HEREBY EXTENDS Early's deadline to provide a privilege log, but only for two weeks from the date of this Order. Early shall provide his privilege log by no later than November 17, 2022.

**IT IS SO ORDERED**.

Dated: November 3, 2022

_____
SALLIE KIM
United States Magistrate Judge